FILED

2010 Feb-22  PM 03:50
U.S. DISTRICT COURT
N.D. OF ALABAMA



# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
### SOUTHERN DIVISION

| | | |
|---|---|---|
| **RICHARD W. KING,** | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| **vs.** | ) | Civil Action No: |
| | ) | **2:09-cv-608-AKK** |
| **REDLINE RECOVERY** | ) | |
| **SERVICES, LLC,** | ) | |
| | ) | |
| Defendant. | | |

## <u>ORDER</u>

The court having been informed that this case has been amicably settled,

It is therefore **ORDERED** by the court that this case be and hereby is

**DISMISSED WITHOUT PREJUDICE.**

It is further **ORDERED** that this court retains jurisdiction over the parties

for the purpose of enforcing the parties' settlement agreement.

It is further **ORDERED** that the parties shall submit a formal stipulation of

dismissal.

Done and ordered this 22nd day of February, 2010.


**ABDUL K. KALLON**
UNITED STATES DISTRICT JUDGE